# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**CARMEN LEYBA,**

        **Plaintiff,**

**v.**                                **CIV. No. 97-1186 JP/RLP**

**CITY OF SANTA FE,**

        **Defendant.**

## MEMORANDUM OPINION AND ORDER

At a pretrial conference on March 23, 1999, Stephen Tinkler and Merit Bennet represented the Plaintiff, and Judy Herrera and Eugene Zamora represented the Defendant.

I stated that I would grant the parties' stipulated motion for extension of pretrial deadlines if the parties agreed that the case would be ready for trial on September 13, 1999. I also stated that Plaintiff should submit her portion of the Pretrial Order to Defendant no later than June 1, 1999; Defendant must file the completed Pretrial Order with the court no later than June 10, 1999.

I also stated that each party should include in the Pretrial Order a list of witnesses who will testify at trial and the estimated length of each witness' testimony. Each party must mark its exhibits and make them available for review by opposing counsel by May 25, 1999. Each party should also include a list of its exhibits in the Pretrial Order and indicate whether there are objections to such exhibits. Each party must identify its objection and the Federal Rule of Evidence under which it objects to an exhibit. The party offering the exhibit must identify the

reason the exhibit is being offered and the Federal Rule of Evidence under which it is offered.

IT IS THEREFORE ORDERED that:

(1) Plaintiff's unopposed Motion to Amend Complaint (Doc. No. 44) is GRANTED;

(2) the parties' Stipulated Motion for Extension of Discovery and Other Pretrial Deadlines (Doc. No. 47) is GRANTED;

(3) both parties must complete their discovery by May 25, 1999, and all pretrial motion packages must be filed with the court by July 15, 1999; and

(4) Plaintiff must submit her portion of the Pretrial Order to Defendant no later than June 1, 1999; Defendant must file the completed Pretrial Order with the court no later than June 10, 1999.

_____
**UNITED STATES DISTRICT JUDGE**